USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 01 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASSANDRA WHITE,

Plaintiff,

-against-

MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al.,

Defendants.

ORDER

18 Civ. 3627 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from June 3, 2020 to August 12, 2020 at 9:45 am.

Dated: New York, New York
June 1, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge