UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CASSANDRA WHITE,

                        Plaintiff,

    -against-

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and
METROPOLITAN TRANSIT AUTHORITY,

                      Defendants.
------------------------------------- x

ORDER

18 Civ. 03627 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 15 2021

GEORGE B. DANIELS, United States District Judge:

    The Parties' request to extend the time for discovery until July 16, 2021 is GRANTED.

    The initial conference scheduled for June 16, 2021 is adjourned until July 28, 2021 at 9:30 a.m.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge