UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CASSANDRA WHITE,

                       Plaintiff,

     -against-                                  18 Civ. 03627 (GBD)

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and
METROPOLITAN TRANSIT AUTHORITY,

                     Defendants.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled to occur on July 28, 2021, at 9:30 a.m. is hereby cancelled in light of this Court's referral to Magistrate Judge Freeman for General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement).

Dated: New York, New York
       June __, 2021

JUL 2 6 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge