**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CASSANDRA WHITE,

                        Plaintiff,

  -against-

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY et al.,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 3627 (GBD)

GEORGE B. DANIELS, District Judge:

    The Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 52), on June 15, 2022 at 10:30 a.m.

Dated: April 4, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE