UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CASSANDRA WHITE,

                Plaintiff,

  -against-

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and THE
METROPOLITAN TRANSIT AUTHORITY,

                Defendants.

------------------------------------ x

ORDER

18 Civ. 3627 (GBD)

GEORGE B. DANIELS, District Judge:

     The oral argument on Defendants' Motion for Summary Judgment, (ECF No. 52), scheduled for June 15, 2022 is adjourned to August 2, 2022 at 10:00 a.m. Unless otherwise ordered, the argument will proceed in-person.

Dated: June 14, 2022
      New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE