**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CASSANDRA WHITE,

                        Plaintiff,

-against-

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and THE
METROPOLITAN TRANSIT AUTHORITY,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 3627 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument on Defendants' Motion for Summary Judgment, (ECF No. 52), scheduled for August 2, 2022 is adjourned to August 4, 2022 at 10:00 a.m. Unless otherwise ordered, the argument will proceed in-person.

Dated: July 19, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE