UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CASSANDRA WHITE,

                    Plaintiff,

-against-

                                    ORDER

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and THE     18 Civ. 3627 (GBD)
METROPOLITAN TRANSIT AUTHORITY,

                    Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

       The oral argument on Defendants' Motion for Summary Judgment, (ECF No. 52), scheduled for August 4, 2022 is rescheduled to August 2, 2022 at 10:30 a.m. Unless otherwise ordered, the argument will proceed in-person.

Dated: July 25, 2022
       New York, New York

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE