**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CASSANDRA WHITE,

                    Plaintiff,

  -against-                                    18 **CIVIL** 3627 (GBD)

                                                         **JUDGMENT**

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY, and
THE METROPOLITAN TRANSIT AUTHORITY,

                    Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2022, Defendants' motion for summary judgment is GRANTED and this action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2022

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**       *K. Mango*

                                                          **Deputy Clerk**